UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
Appeal No. 24-11585-C
Lower Ct. Case No. S.D. Fla. 0:22-cv-60854-AHS

STARBOARD YACHT GROUP, LLC
and JAKE STRATMANN,

      Appellants,

v.


PAUL FORSYTHE,

      Appellee.

_____/

## **JOINT STIPULATION OF DISMISSAL OF APPEAL WITH PREJUDICE**

Appellants, STARBOARD YACHT GROUP, LLC and JAKE STRATMANN, and Appellee, PAUL FORSYTHE, pursuant to Federal Rule of Appellate Procedure 42(b)(1) stipulate and agree that the above-captioned Appeal is hereby dismissed with prejudice. The Parties notify the Clerk of Circuit Court that Appellants shall be responsible for costs and have paid the filing fee.

Respectfully submitted on this 28th this day of May 2024,

By: */s/ Gina Cadogan*
GINA M. CADOGAN, Esq.
Florida Bar No: 177350
ABHISHEK V. RAMASWAMI
Fla. Bar. 1031719
CADOGAN LAW
300 S. Pine Island Road, Ste. 107
Plantation, FL 33324
Tel: 954.606.5891

By: */s/ Chris Kleppin*
Chris Kleppin, Esq.
Florida Bar No.: 625845
The Kleppin Firm, P.A.
8751 W. Broward Blvd.
Suite 105
Plantation, FL 33324
Telephone: 954-424-1933
Fax: 954-474-7405

Fax: 877.464.7316
Email: gina@cadoganlaw.com
Email: ab@cadoganlaw.com
Email:tyler@cadoganlaw.com
*Attorneys for Appellants*

Email: chris@kleppinlaw.com
Email: kel@kleppinlaw.com
Email: assistant@kleppinlaw.com
*Attorneys for Appellee*