UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
Appeal No. 24-11585-C
Lower Ct. Case No. S.D. Fla. 0:22-cv-60854-AHS

STARBOARD YACHT GROUP, LLC
and JAKE STRATMANN,
        Appellants,

v.

PAUL FORSYTHE,
        Appellee.

_____/

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to this Court's Order [DE 3] and Federal R. of App. Procedure 26.1, Counsel for Appellants, STARBOARD YACHT GROUP, LLC and JAKE STRATMANN, certify that the following is a complete list of all attorneys, person, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the above case.

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   a.) Jake Stratmann, Defendant

1

b.) Starboard Yacht Group LLC, Defendant

c.) Gina M. Cadogan, Esq.

d.) Gina M. Cadogan, PA d/b/a Cadogan Law

e.) Paul Forsythe, Plaintiff

f.) Chris Kleppin, Esq.

g.) The Kleppin Firm, P.A.

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None to Defendants' knowledge.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None to Defendants' knowledge.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None to Defendants' knowledge.

CADOGAN LAW | 300 S. PINE ISLAND ROAD, SUITE 107 | PLANTATION, FL 33324 | T: 954.606.5891 | WWW.CADOGANLAW.COM

I hereby certify that, except as disclosed above, I am unaware of any actual or personal conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: May 29, 2024

Respectfully submitted,

By: /s/ Gina M. Cadogan
GINA MARIE CADOGAN
Fla. Bar. 177350
ABHISHEK V. RAMASWAMI
Fla. Bar. 1031719
CADOGAN LAW
300 S. Pine Island Road, Suite 107
Plantation, Florida 33324
Telephone: 954.606.5891
Facsimile: 877.464.7316
Email: gina@cadoganlaw.com
Email: ab@cadoganlaw.com
Email: tyler@cadoganlaw.com
*Counsel for Appellants*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of May 2024 that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

By: */s/ Gina M. Cadogan*
GINA MARIE CADOGAN,
Esq.

Fla Bar No: 177350

## SERVICE LIST
***Paul Forsythe v. Starboard Yacht Group, LLC and Jake Stratmann***
**Case No. 0:22-cv-60854-AHS**
**Appeal Number: 24-11585-C**

Chris Kleppin, Esq.
The Kleppin Firm, P.A.
8751 W. Broward Blvd.
Suite 105
Plantation, FL 33324
Telephone: 954-424-1933
Fax: 954-474-7405
chris@kleppinlaw.com
kel@kleppinlaw.com
assistant@kleppinlaw.com
[CM/ECF]

CADOGAN LAW | 300 S. PINE ISLAND ROAD, SUITE 107 | PLANTATION, FL 33324 | T: 954.606.5891 | WWW.CADOGANLAW.COM