STARBOARD YACHT GROUP, LLC and JAKE
STRATMANN,

     Appellants,

v.

PAUL FORSYTHE,

     Appellee.

_____/

## APPELLEE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and Eleventh Circuit Rule 26.1-1, Appellee, hereby gives notice of those persons (including business entities) who have interest in the outcome of this appeal.

1.     Anuraag Singhal, District Judge

2.     Chris Kleppin, Appellee's Counsel

3.     Gina Cadogan – Appellant's Counsel

4.     Jake Stratmann, Appellant

5.     Matthew Valcourt, Appellant's Counsel

6.     Paul Forsythe, Appellee

7.     Starboard Yacht Group, LLC, Appellant

8.     The Kleppin Firm, P.A., Appellee's Counsel

Respectfully submitted,

By: /s/  *Chris Kleppin*

Chris Kleppin
Fla. Bar No. 625485
chris@kleppinlaw.com
The Kleppin Firm, P.A.
8751 W. Broward Blvd, Suite 105
Plantation, FL 33324
Tel. (954) 424-1933
Fax (954) 474-7405
Secondary Email:  assistant@kleppinlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 3, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By   s/Chris Kleppin
Chris Kleppin