**NITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 07, 2024

Gina M. Cadogan
Cadogan Law
300 S PINE ISLAND RD STE 107
PLANTATION, FL 33324

Abhishek V. Ramaswami
Cadogan Law
300 S PINE ISLAND RD STE 107
PLANTATION, FL 33324

Matthew John Valcourt
Valcourt & Associates, LLC
850 NE 3RD ST STE 208
DANIA, FL 33004

Appeal Number:  24-11585-C
Case Style:  Paul Forsythe v. Starboard Yacht Group LLC, et al
District Court Docket No:  0:22-cv-60854-AHS

**DISMISSAL NOTICE**

Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed without further notice upon the expiration of 14 days from the date of this notice** unless:

The appellant files **BOTH** (1) a Civil Appeal Statement **AND** (2) a Motion to File Documents Out of Time. See 11th Cir. R. 33-1(a).

Note to Counsel: 11th Cir. R. 42-1(b) provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal." Eleventh Circuit IOP 1 to FRAP 26 provides that "Failure to timely file required documents . . . may result in possible disciplinary action against counsel as described in Addendum Eight."

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CAS-3 CAS overdue