UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
Appeal No. 24-11585-C
Lower Ct. Case No. S.D. Fla. 0:22-cv-60854-AHS

STARBOARD YACHT GROUP, LLC
and JAKE STRATMANN,

      Appellants,

v.


PAUL FORSYTHE,

      Appellee.

_____/

**SECOND**
**JOINT STIPULATION OF DISMISSAL OF APPEAL WITH PREJUDICE**

Appellants, STARBOARD YACHT GROUP, LLC and JAKE STRATMANN, and Appellee, PAUL FORSYTHE, pursuant to Federal Rule of Appellate Procedure 42(b)(1) stipulate and agree that the above-captioned Appeal is hereby dismissed with prejudice. The Parties notify the Clerk of Circuit Court that Appellants shall be responsible for costs and have paid the filing fee.

Respectfully submitted on this 7TH this day of June 2024,

By: */s/ Gina Cadogan*
GINA M. CADOGAN, Esq.
Florida Bar No: 177350
ABHISHEK V. RAMASWAMI
Fla. Bar. 1031719
CADOGAN LAW
300 S. Pine Island Road, Ste. 107
Plantation, FL 33324

By: */s/ Chris Kleppin*
Chris Kleppin, Esq.
Florida Bar No.: 625845
The Kleppin Firm, P.A.
8751 W. Broward Blvd.
Suite 105
Plantation, FL 33324
Telephone: 954-424-1933

1

Tel: 954.606.5891  
Fax: 877.464.7316  
Email: gina@cadoganlaw.com  
Email: ab@cadoganlaw.com  
Email:tyler@cadoganlaw.com  
*Attorneys for Appellants*

Fax: 954-474-7405  
Email: chris@kleppinlaw.com  
Email: kel@kleppinlaw.com  
Email: assistant@kleppinlaw.com  
*Attorneys for Appellee*