# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 02, 2024

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  24-11585-C
Case Style:  Paul Forsythe v. Starboard Yacht Group LLC, et al
District Court Docket No:  0:22-cv-60854-AHS

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

General Information:    404-335-6100      Attorney Admissions:         404-335-6122
Case Administration:   404-335-6135      Capital Cases:               404-335-6200
CM/ECF Help Desk:    404-335-6125      Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

_____

No. 24-11585-C

_____

PAUL FORSYTHE,

Plaintiff - Appellee,

versus

STARBOARD YACHT GROUP LLC,
a Florida limited liability company,
JAKE STRATMANN,
an individual,

Defendants - Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Starboard Yacht Group LLC and Jake Stratmann failed to file a Civil Appeal Statement form and file a Transcript Order Form and failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements within the time fixed by the rules.

Effective July 02, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION